**In the Matter of FRED KRUG BREWING COMPANY, Debtor.**

**On the APPEAL OF the FALSTAFF BREWING COMPANY.**

No. 10602.

Circuit Court of Appeals, Eighth Circuit.

Feb. 21, 1936.

Crofoot, Fraser, Connolly & Stryker, of Omaha, Neb., for Falstaff Brewing Co.

Fradenburg, Webb, Beber, Klutznick & Kelley, of Omaha, Neb., for Fred Krug Brewing Co., debtor.

PER CURIAM.

Petition of Falstaff Brewing Company for appeal from United States District Court denied.

**Gertrude E. GELBIN, as Administratrix of the Goods, Chattels, and Credits of Edward Gelbin, Deceased, Appellee, v. The NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, Appellant.**

No. 315.

Circuit Court of Appeals, Second Circuit.

April 6, 1936.

Edward R. Brumley, of New York City, for appellant.

Feltenstein & Rosenstein, of New York City (Sidney J. Feltenstein, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**W. B. GILMER, Receiver of the FIRST NATIONAL BANK OF LOUISA, LOUISA, VIRGINIA, Appellant, v. W. R. McCLANAHAN and E. V. McClanahan, Appellees.**

No. 4006.

Circuit Court of Appeals, Fourth Circuit.

Feb. 20, 1936.

George Gilmer, of Charlottesville, Va., for appellant.

W. C. Bibb, of Louisa, Va., for appellees.

PER CURIAM.

Case dismissed under rule 20, in accordance with agreement of counsel.

**Harley GOVER, Appellant, v. UNITED STATES of America.**

No. 10640.

Circuit Court of Appeals, Eighth Circuit.

April 3, 1936.

J. W. Nance, of Rogers, Ark., and G. T. Sullins, of Fayetteville, Ark., for appellant.

Clinton R. Barry, U. S. Atty., and Duke Frederick, Asst. U. S. Atty., both of Fort Smith, Ark.

PER CURIAM.

Appeal docketed and dismissed; under the provisions of rule 38, defendant below ordered to surrender to custody, etc.